Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

F. V. SMITH CONTRACTING COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Smith Contracting Co.* v. *City of New York*, 128 App. Div. 926, affirmed.
(Argued January 10, 1911; decided January 24, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 19, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Terence Farley* and *Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ. Not voting: HISCOCK, J.